MICHAEL K. PORTER, OSB No. 211377
Deputy City Attorney
mike.porter@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **ANNE SIRES,** | 3:22-cv-01046 IM |
| **PLAINTIFF,** | |
| v. | **NOTICE OF SETTLEMENT** |
| **CITY OF PORTLAND, and JOHN DOES 1-10,** | |
| **DEFENDANTS.** | |

Pursuant to ORS 17.095, the City of Portland notifies the Court that this action has been settled pursuant to the terms of an Acceptance of Offer of Judgment, a copy of which is attached hereto as Exhibit 1.

Dated: August 30, 2022.

Respectfully submitted,

*/s/ Michael K. Porter*
MICHAEL K. PORTER, OSB No. 211377
Deputy City Attorney
Email: mike.porter@portlandoregon.gov
*Of Attorneys for Defendant City of Portland*

Page  1 – NOTICE OF SETTLEMENT