JUAN C. CHAVEZ, OSB #136428
Email: jchavez@ojrc.info
FRANZ BRUGGEMEIER, OSB #163533
Email: fbruggemeier@ojrc.info
JONATHAN GERSTEN
Email: jgersten@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503-944-2270
Facsimile: 971-275-1839
*Of Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **ANNE SIRES,** | 3:22-cv-01046 IM |
| **PLAINTIFF,** | |
| v. | **ACCEPTANCE OF OFFER OF JUDGMENT** |
| **CITY OF PORTLAND, and JOHN DOES 1-10,** | |
| **DEFENDANTS.** | |

Plaintiff Anne Sires accepts Defendant City of Portland's Offer of Judgment in the amount of Twelve Thousand and One Dollars ($12,001.00), plus costs (excluding any prevailing party fee), and including reasonable attorney's fees to be determined by the Court, incurred as of August 18, 2022, the date of the Offer of Judgment. Plaintiff hereby consents to the dismissal with prejudice of Defendants City of Portland and John Does 1-10 from Plaintiff's action.

Page  1 –  ACCEPTANCE OF OFFER OF JUDGMENT

Exhibit 1
Page 1 of 5

The original Offer of Judgment is attached hereto.

Dated: August 30, 2022.

                                                 Respectfully submitted,

                                                 */s/ Juan C. Chavez* [authorized signature]
                                                 JUAN C. CHAVEZ, OSB #136428
                                                 Email: jchavez@ojrc.info
                                                 FRANZ BRUGGEMEIER, OSB #163533
                                                 Email: fbruggemeier@ojrc.info
                                                 JONATHAN GERSTEN, OSB #174131
                                                 Email: jgersten@ojrc.info
                                                 *Of Attorneys for Plaintiff*

MICHAEL K. PORTER, OSB No. 211377
Deputy City Attorney
mike.porter@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **ANNE SIRES,** | **3:22-cv-01046 IM** |
| **PLAINTIFF,** | |
| v. | **DEFENDANT CITY OF PORTLAND'S OFFER OF JUDGMENT** |
| **CITY OF PORTLAND, and JOHN DOES 1-10,** | |
| **DEFENDANTS.** | |

Pursuant to Fed. R. Civ. P. 68, Defendant City of Portland ("City") hereby offers to allow judgment in the above-captioned matter to be taken against it by Plaintiff Anne Sires for the sum of twelve thousand and one dollars ($12,001.00), plus costs (excluding any prevailing party fee), and plus reasonable attorneys' fees to be determined by the Court, incurred as of the date of this offer, and the dismissal with prejudice of John Does 1-10 from Plaintiff's action.  This Offer of Judgment is made for the purposes specified in Rules 54 and 68, Federal Rules of Civil Procedure, and is not to be construed as an admission that Defendant City is liable in this action.  Any Judgment entered as a result of this offer shall not be construed as an admission of liability.

Page  1  –   DEFENDANT CITY OF PORTLAND'S OFFER OF JUDGMENT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM. 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089

Exhibit 1
Page 3 of 5

Acceptance of this offer precludes any other action in the subject matter giving rise to Plaintiff's action against John Does 1-10, Defendant City of Portland or any other officer, agent, or employee of Defendant City of Portland.  This offer is explicitly conditioned on precluding any other litigation in any forum by Plaintiff against John Does 1-10, Defendant City of Portland, its officers, agents or employees arising from or related to the August 14, 2020, incident giving rise to Plaintiff's action.

This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

Dated:  August 18, 2022.

Respectfully submitted,

*/s/ Michael K. Porter*
MICHAEL K. PORTER, OSB No. 211377
Deputy City Attorney
Email: mike.porter@portlandoregon.gov
*Of Attorneys for Defendant City of Portland*

Page  2  –  DEFENDANT CITY OF PORTLAND'S OFFER OF JUDGMENT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM. 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089

Exhibit 1
Page 4 of 5

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANT CITY OF PORTLAND'S OFFER OF JUDGMENT on the following parties by the method indicated:

| | |
|---|---|
| Juan C. Chavez<br>Franz Bruggemeier<br>Jonathan Gersten<br>Oregon Justice Resource Center<br>PO Box 5248<br>Portland, OR 97208<br>jchavez@ojrc.info<br>fbruggemeier@ojrc.info<br>jgersten@ojrc.info<br>npickens@ojrc.info<br>    *Of Attorneys for Plaintiff* | ☐ **Electronic service**<br>☒ **Certified Mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service.<br>☐ **Hand delivery**   ☐ **Facsimile transmission**<br>☒ Courtesy copy via **Email** |

Dated:  August 18, 2022.

Respectfully submitted,

*/s/ Michael K. Porter*
MICHAEL K. PORTER, OSB No. 211377
Deputy City Attorney
Email: mike.porter@portlandoregon.gov
*Of Attorneys for Defendant City of Portland*

Page  1  –  CERTIFICATE OF SERVICE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM. 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089

Exhibit 1
Page 5 of 5